UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA DANIEL,

    Plaintiff,                    Case No. 02:06-CV-10600
vs.                                  Hon. Victoria A. Roberts

UNITED OF OMAHA LIFE INSURANCE
COMPANY, a/k/a MUTUAL OF OMAHA
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER OF STIPULATED DISMISSAL**

    Upon stipulation of the parties, and the Court being otherwise fully informed,

    IT IS HEREBY ORDERED that, for want of subject matter jurisdiction, the above captioned action is dismissed without prejudice and without costs to either party.

    This Order resolves the last pending claim and closes the case.


Dated:    5/29/06                      /s/ Victoria A. Roberts
                                              UNITED STATES DISTRICT JUDGE